# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PIERRE PINSON, | ) |
|               Petitioner, | ) Civil Action No. 14 – 416 |
| v. | ) District Judge Joy Flowers Conti |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| BRIAN COLEMAN and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | ) |
|               Respondents. | ) |

## ORDER

**AND NOW**, this 21st day of June, 2019 for the reasons set forth in the accompanying memorandum opinion;

**IT IS HEREBY ORDERED** that the Report and Recommendation of the magistrate judge (ECF No. 31) is adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Motion for Relief from Judgment (ECF No. 24) filed by petitioner Pierre Pinson ("Petitioner") is denied.

**IT IS FURTHER ORDERED** that Petitioner's Motion for a Certificate of Appealability (ECF No. 32) is denied.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the court:


/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

Cc: Pierre Pinson
EK2844
SCI Fayette
50 Overlook Drive
LaBelle, PA  15450

Counsel of record
(*Via CM/ECF electronic mail*)