**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PIERRE PINSON, | ) | |
| | ) | Civil Action No. 14 – 416 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | District Judge Joy Flowers Conti |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| BRIAN COLEMAN and THE | ) | |
| ATTORNEY GENERAL OF THE | ) | |
| STATE OF PENNSYLVANIA, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

**AND NOW**, this 30th day of March 2023, for the reasons set forth in the accompanying opinion, **IT IS HEREBY ORDERED** that the report and recommendation ("R&R") (ECF No. 44) issued by the magistrate judge is adopted, as modified and supplemented by the accompanying opinion of the court;

**IT IS FURTHER ORDERED** that the objections to the R&R (ECF No. 47) filed by petitioner Pierre Pinson ("Pinson")are **OVERRULED**;

**IT IS FURTHER ORDERED** that Pinson's motion for relief of judgment filed pursuant to Federal Rule of Civil Procedure 60(b)(6) (ECF No. 40) is **DENIED** for the reasons set forth in the R&R, as modified and supplemented by the court's opinion adopting the R&R;

**IT IS FURTHER ORDERED** that the motion for court order to unseal records and order the Commonwealth to turn over all internal affairs records with respect to detective Dennis Logan (ECF No. 48) and the motion for subpoena duces tecum (ECF No. 51) are **DENIED**;

**IT IS FURTHER ORDERED** that the motion to withdraw addendum (ECF No. 50) is **GRANTED**; and

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue.

**IT IS SO ORDERED.**

**/s/ JOY FLOWERS CONTI**
Joy Flowers Conti
Senior United States District Court Judge